UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN M MCCLAM II,<br><br>              Plaintiff,<br><br>   v.<br><br>KING COUNTY JAIL, et al.,<br><br>              Defendants. | Case No. C19-96-RAJ-MLP<br><br>ORDER DENYING MOTION TO SHORTEN TIME |

Plaintiff's motion to shorten time (dkt. # 35) is DENIED. Motions to shorten time have been abolished in this District. Local Rules W.D. Wash. LCR 6(b). The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 8th day of January, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING MOTION TO SHORTEN TIME
- 1