UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN M MCCLAM II, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY JAIL, et al., <br><br> Defendants. | Case No. C19-96-RAJ-MLP <br><br> ORDER DENYING MOTION TO STRIKE AND GRANTING MOTION FOR EXTENSION OF TIME |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff's response to Defendants' motion for summary judgment was due Tuesday, February 18, 2020, but he did not serve Defendants with the completed response and exhibits until Thursday, February 20, 2020. (*See* Kinerk Decl. (Dkt. # 48).) Defendants' reply was due Friday, February 21, 2020. Currently before the Court is Defendants' motion to strike Plaintiff's untimely response or, in the alternative, grant them an extension of time to file their reply. Having considered Defendants' motion and the balance of the record, the Court DENIES the motion to strike and GRANTS the motion for extension of time. (Dkt. # 47.) Defendants' shall file their reply by **Friday, February 28, 2020**.

ORDER DENYING MOTION TO STRIKE AND
GRANTING MOTION FOR EXTENSION OF
TIME - 1

1  The Clerk is directed to RE-NOTE Defendants' motion for summary judgment (dkt. #
2  23) for February 28, 2020, and to send copies of this order to the parties and the Honorable
3  Richard A. Jones.
4  Dated this 24th day of February, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING MOTION TO STRIKE AND
GRANTING MOTION FOR EXTENSION OF
TIME - 2