HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN M. MCCLAM II,<br><br>            Plaintiff,<br><br>     v.<br><br>KING COUNTY JAIL et al.,<br><br>            Defendants. | Case No. C19-96-RAJ-MLP<br><br>ORDER |

This matter is before the Court on Plaintiff's motion for an extension of time to respond to the Honorable Michelle L. Peterson's Report & Recommendation ("R&R") (Dkt. # 60) and request for counsel. Dkt. # 61. The Court hereby finds and ORDERS as follows:

(1)     Plaintiff's motion for an extension of time to respond to the R&R (Dkt. # 60) has been **GRANTED**. The deadline is extended through September 21, 2020.

(2)     Plaintiff's motion for appointment of counsel is **DENIED**. There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the

ORDER – 1

Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). "Motions for appointment of counsel under section 1915 are addressed to the sound discretion of the trial court and are granted only in exceptional circumstances." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and of plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Plaintiff has not demonstrated that the complexity of the issues here is sufficient to necessitate the designation of counsel.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 26th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2