UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN M MCCLAM II,

          Plaintiff,

    v.

KING COUNTY JAIL, et al.,

          Defendants.

Case No. C19-96-RAJ-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)     The Court ADOPTS the Report and Recommendation.

    (2)     Defendants' motion for summary judgment (dkt. # 23) is GRANTED.

    (3)     This action is DISMISSED with prejudice.

    (4)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 10th day of May, 2021.

_____
The Honorable Richard A. Jones
United States District Judge